United States Courts
Southern District of Texas
FILED
*September 24, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | **CRIMINAL NO. 4:23-cr-423S** |
| **MICHAEL RAMONE HOOKS,** Defendant. | § § § | |

### SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
**(Coercion and Enticement)**

On or about January 1, 2023, through January 26, 2023, in the Southern District of Texas and elsewhere,

**MICHAEL RAMONE HOOKS**,

defendant herein, by use of the United States mail and by means of a facility of interstate and foreign commerce, did knowingly and intentionally persuade, induce, entice, and coerce a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense prostitution under the laws of the State of Texas, in violation of Texas Penal Code 43.02.

**In violation of Title 18, United States Code, Section 2422(b).**

ALAMDAR S. HAMDANI
United States Attorney

By: /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9374