Case 4:23-cr-00423   Document 42   Filed on 11/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H–23-423 |
| | § | |
| MICHAEL RAMONE HOOKS | § | |

### ORDER RESETTING SENTENCING AND PSI DEADLINES

Defendant Michael Ramon Hooks' Unopposed Motion to Continue Sentencing Hearing (docket no. 41) is **GRANTED**.

The sentencing of the defendant is hereby **RESET**.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on or before ___February 3, 2025___.

2. Counsel will file objections or a statement of no objection on or before ___February 18, 2025___.

3. The Probation Office will submit the final PSR with an addendum on or before ___March 3, 2025___.

4. Sentencing is **RESET** to:

    Date: ___March 27___, 2025.

    Time: ___2:00___ p.m.

**SIGNED** on this the 25th day of November, 2024.

**SIM LAKE**
**SENIOR UNITED STATES DISTRICT JUDGE**