United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No: 4:23-cr-00423 |
| § | |
| MICHAEL RAMONE HOOKS, § | |
| Defendant | |

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

On this day came to be heard Defendant's UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING. After consideration of the motion, responses, and arguments of counsel, if any, the Court is of the opinion that this motion should be: **GRANTED.**

Sentencing is re-set to April 23, 2025 at 2:00pm, in Courtroom 9B before Judge Sim Lake.

SIGNED the 9th day of April, 2025.

_____
Sim Lake
Senior United States District Judge